JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TIMOTHY KLEIN,                              No. 2:26-cv-01081-AS

    Plaintiff,                          [~~PROPOSED~~] JUDGMENT

        v.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

    Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: May 19, 2026

                          / s / Sagar
                    HON. ALKA SAGAR
                    United States Magistrate Judge

-1-