UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TIMOTHY K.,                              )
                                         )  CASE NO.: 2:26-cv-01081-AS
          Plaintiff,                     )
                                         )
v.                                       )  *[PROPOSED]* ORDER
                                         )  AWARDING EAJA FEES AND COSTS
FRANK BISIGNANO,                         )
Commissioner of Social Security,         )
                                         )
          Defendant.                     )
                                         )
_____  )

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of SIX THOUSAND DOLLARS AND 00/100 ($6,000.00) and $405 in costs subject to the terms of the stipulation.

DATED:  May 27, 2026                          / s / Sagar
                                         _____
                                         HON. ALKA SAGAR
                                         UNITED STATES MAGISTRATE JUDGE

-1-